IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

FILED
RICHARD W. NAGEL
CLERK OF COURT

1/19/21`

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WEST. DIV. DAYTON

IN RE: SEARCH WARRANT FOR
INFORMATION ASSOCIATED WITH THE
USER NAME O0BC0O AND/OR THE
EMAIL ADDRESS
W.HITCHINGS@GMAIL.COM

Case No. 3:21MJ28

**Filed Under Seal**

## ORDER

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that

the Court issue an Order commanding Microsoft Corporation, an electronic communication service

provider and/or a remote computing service, not to notify any person (including the subscribers and

customers of the account(s) listed in the search warrant) of the existence of the attached search warrant

until a period of one year.

The Court determines that there is reason to believe that notification of the existence of the

attached search warrant will seriously jeopardize the investigation or unduly delay a trial, including by:

giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence,

change patterns of behavior, intimidate potential witnesses, or endanger the life or physical safety of a

minor child. *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that Microsoft Corporation shall not

disclose the existence of the attached search warrant, or this Order of the Court, to the listed subscriber or

to any other person, for a period of one year, except that Microsoft Corporation may disclose the attached

search warrant to an attorney for Microsoft Corporation for the purpose of receiving legal advice.

IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise ordered

by the Court.

1/19/21
_____
Date

Sharon L. Ovington
United States Magistrate Judge