AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

## Return

| Case No.: 3:21mj-28 | Date and time warrant executed: 1/20/2021 - warrant served to Microsoft  1/26/2021 - Records received from Microsoft | Copy of warrant and inventory left with: Served to Microsoft via its electronic portal |
|---|---|---|

Inventory made in the presence of:
N/A

Inventory of the property taken and name(s) of any person(s) seized:

Electronic records from Microsoft Corporation for the Skype account with the user name oObcOo and associated with the email address w.hotchings@gmail.com

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2/22/2021

Andrea R Kinzig
_Executing officer's signature_

Andrea R Kinzig FBI Special Agent
_Printed name and title_

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means  ☐ Original  ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 3:21MJ28
Skype account with the user name o0bc0o and/or )
associated with email address w.hitchings@gmail.com )
stored at Microsoft Corporation )

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____Western_____ District of _____Washington_____
*(identify the person or describe the property to be searched and give its location):*

**SEE ATTACHMENT A-3**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized):*

**SEE ATTACHMENT B-3**

**YOU ARE COMMANDED** to execute this warrant on or before _____2/2/21_____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Sharon L. Ovington_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   1/19/21 4:10 p.m.     *[signature]*
                                               *e's signature*

City and state:   Dayton, OH                  , U.S. Magistrate Judge
                                               *name and title*