IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN THE MATTER OF THE SEARCH OF  :   CASE NO. 3:21MJ28

    SEALED DOCUMENT
                                                                                         :

MOTION TO UNSEAL APPLICATION, SEARCH WARRANT,
SUPPORTING AFFIDAVIT AND RETURN

Now comes the United States, by counsel, and respectfully requests that the Application, Search Warrant, Supporting Affidavit and Return in the above captioned cases be unsealed.

                                          Respectfully submitted,

                                          VIPAL J. PATEL
                                          Acting United States Attorney

                                          s/Christina Mahy
                                          CHRISTINA MAHY (0092671)
                                          Assistant United States Attorney
                                          Attorney for Plaintiff
                                          200 West Second Street, Suite 600
                                          Dayton, Ohio 45402
                                          Office: (937) 225-2910
                                          Fax: (937) 225-2568
                                          E-mail: christina.mahy@usdoj.gov